UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIS SANCHEZ,

                Plaintiff,

-against-

CITY OF NEW YORK et al.,

                Defendants.

**ORDER**

18 Civ. 1259 (PGG)

PAUL G. GARDEPHE, United States District Judge:

        Judge Netburn issued Report and Recommendation on February 11, 2020, with objections due on February 25, 2020. (Dkt. No. 120) Pro se Plaintiff Elvis Sanchez has requested an additional two weeks to file objections to a citing his lack of assistance of counsel. (Dkt. No. 121) Accordingly, it is hereby ORDERED that Plaintiff will have until March 10, 2020 to file any objections to the Report and Recommendation.

        The Clerk of Court is further instructed to send a copy of this order by certified mail to pro se Plaintiff Elvis Sanchez, DIN 18-A-3600, Clinton Correctional Facility, P.O. Box 2000, Dannemora, New York 12929.

Dated: New York, New York
       February 25, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge