UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELVIS SANCHEZ,

                              Plaintiff,                              18-CV-01259 (PGG)(SN)

            -against-                                      **ORDER**

CITY OF NEW YORK, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff Elvis Sanchez, proceeding *pro se*, brings this action under 42 U.S.C. § 1983. By Order dated May 1, 2020, the Honorable Paul G. Gardephe adopted this Court's Report and Recommendation regarding Defendants' motion for summary judgment. See ECF No. 123. In light of Judge Gardephe's Order authorizing certain claims to proceed to trial, the parties are ordered to meet and confer to discuss whether a settlement conference by telephone would be productive at this time. Defense counsel shall file a letter by June 22, 2020, notifying the Court of the results of the meet and confer. In addition, by July 1, 2020, defense counsel shall notify Judge Gardephe that the case is ready to proceed to trial and seek his guidance on pre-trial filings in light of the current public health situation.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                            United States Magistrate Judge

DATED:       June 1, 2020
                 New York, New York

cc: Elvis Sanchez (*By Chambers*)
#18A3600
Clinton C.F.
P.O. Box 2000
Dannemora, NY 12929
PRO SE