UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIS SANCHEZ,

                Plaintiff,

         - v -

CITY OF NEW YORK, ET AL.,

                Defendants.

**ORDER**

18 Civ. 1259 (PGG) (SN)

PAUL G. GARDEPHE, U.S.D.J.:

        This Court is in receipt of Defendants' June 22, 2020 status letter, which states that Plaintiff "has no interest in settlement." Plaintiff is directed to file a letter by **July 15, 2020**, stating whether he requests that this Court seek pro bono counsel to represent him at trial. Plaintiff should be aware that there is no guarantee that a lawyer can be found who is willing to represent Plaintiff for free, and finding such a lawyer may take a significant amount of time.

        Copies mailed by Chambers.

Dated: New York, New York
       June 23, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge