USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ELVIS SANCHEZ, :
:
Plaintiff, :
: 18-CV-1259 (JPC) (SN)
-v- :
: NOTICE OF
CITY OF NEW YORK et al., : REASSIGNMENT
:
Defendants. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. **All parties must familiarize themselves with the Court's Individual Rules, including the Court's Individual Rules and Practices for** *Pro Se* **Litigants, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 13, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge