USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELVIS SANCHEZ,

                    Plaintiff,

      -v-

CITY OF NEW YORK et al.,

                  Defendants.
------------------------------------------------------------------------X

18-CV-1259 (JPC) (SN)

ORDER RELATED TO APPOINTMENT OF PRO BONO COUNSEL

JOHN P. CRONAN, United States District Judge:

      The Court notes that The Honorable Paul G. Gardephe, U.S. District Court Judge, ordered Plaintiff to file a letter by July 15, 2020, stating whether Plaintiff requests that the Court seek pro bono counsel to represent him at trial (Dkt. 127).  To date, the Court has not received a letter responding to the Order.  If Plaintiff wants the Court to attempt to locate pro bono counsel to represent him, the Court requests that he inform it as soon as possible, but by no later than November 15, 2020.  If Plaintiff does not want a volunteer attorney to represent him, the Court requests that he so inform the Court immediately, so that the case can move forward and the Court can set a trial date.

      The Court advises Plaintiff, however, that there are no funds to retain counsel in civil cases and the Court relies on volunteers.  There is no guarantee that a volunteer attorney will decide to take the case, and Plaintiff should be prepared to proceed with the case *pro se*, even if he requests

that the Court attempt to locate pro bono counsel for him.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 13, 2020
       New York, New York

                                       JOHN P. CRONAN
                                 United States District Judge