UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELVIS SANCHEZ,

                        Plaintiff,                              18 Civ. 1259 (JPC) (SN)

       -v-                                                    ORDER

CITY OF NEW YORK et al.,

                        Defendants.
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On November 19, 2020, the Court received a letter from Plaintiff requesting that the Court seek *pro bono* counsel to represent Plaintiff at trial. Dkt. 130. On November 30, 2020, the Court granted this request and directed the Clerk of Court to attempt to locate *pro bono* counsel to represent Plaintiff for purposes of the forthcoming trial. Dkt. 131.

       Although the Clerk of Court continues to seek *pro bono* counsel to represent Plaintiff, to date no *pro bono* counsel has yet been located. As the Court advised in its November 30, 2020 Order, there is a scarcity of volunteer attorneys and Plaintiff should be prepared to proceed with trial *pro se*.

       Accordingly, both parties should be ready to proceed with trial on October 18, 2021. The Court will advise the parties of a specific date and time for the commencement of trial in due course. The parties also are directed to Rule 7 of the Court's Individual Rules and Practices for *Pro Se* Litigants, available at https://www.nysd.uscourts.gov/hon-john-p-cronan. Assuming *pro bono* counsel does not appear to represent Plaintiff, Plaintiff shall file a Pretrial Statement with the *Pro Se* Intake Unit by August 30, 2021. That statement shall contain (1) a statement of the facts

Plaintiff hopes to prove at trial; (2) a list of all documents or other physical objects that Plaintiff plans to put into evidence at trial; and (3) a list of the names and addresses of all witnesses Plaintiff intends to have testify at trial.  Defendants shall file and serve on Plaintiff a similar Statement of their case, as well as the pretrial filings set forth in Rule 7.B of the Court's Individual Rules and Practices for *Pro Se* Litigants by September 13, 2021.  Defendants shall file and serve on Plaintiff any motions *in limine*, such as any requests to exclude testimony, by September 13, 2021 as well. Plaintiff's motions *in limine*, if any, and opposition to any of Defendants' motions *in limine* are due September 27, 2021.  Defendants' opposition to any of Plaintiff's motions *in limine* is due October 4, 2021.

In the event that *pro bono* counsel appears to represent Plaintiff, the Court will issue a new order with deadlines for pretrial submissions.

The Clerk of Court is respectfully directed to mail a copy of this Order, as well as a copy of the Court's Individual Rules and Practices for *Pro Se* Litigants, available at https://www.nysd.uscourts.gov/hon-john-p-cronan, to the *pro se* Plaintiff.

SO ORDERED.

Dated: March 31, 2021
New York, New York

JOHN P. CRONAN
United States District Judge