UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ELVIS SANCHEZ, :
:
                        Plaintiff, :          18 Civ. 1259 (JPC) (SN)
:
   -v- :          <u>ORDER</u>
:
CITY OF NEW YORK et al., :
:
                        Defendants. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has set a trial-ready date in this case of October 18, 2021. The parties shall submit a Joint Proposed Pretrial Order, as described in Rule 7.B of the Court's Individual Rules and Practices in Civil Cases, on September 20, 2021. On that date, the parties shall also submit all pretrial filings specified in Rule 7.B of the Court's Individual Rules and file any motions *in limine*. Oppositions to any motions *in limine* shall be filed by September 27, 2021.

      The Court will hold a Final Pretrial Conference on October 13, 2021, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY.

      SO ORDERED.

Dated: August 9, 2021
       New York, New York                                  _____
                                                              JOHN P. CRONAN
                                                     United States District Judge