Ira G. Greenberg
LOCKE LORD LLP
Attorneys for Plaintiff
200 Vesey Street, Suite 2001
New York, NY 10281
(212) 415-8600
Ira.greenberg@lockelord.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ELVIS SANCHEZ,

       Plaintiff,                                              18 Civ. 01259 (JPC) (SN)

-versus-

CITY OF NEW YORK, et al.,                          ORDER

       Defendants.

-----------------------------------------------------------------x

       In light of the trial ready date of October 18, 2021, the recent appearance of pro bono counsel for plaintiff Elvis Sanchez, the distance between the place of Mr. Sanchez's incarceration and his counsel's office, and limitations on travel due to the spread of the COVID virus, it is hereby

       ORDERED that counsel for Mr. Sanchez shall have telephonic access to Mr. Sanchez for not less than one hour a week from now until the time that Mr. Sanchez is transported to the Southern District of New York for trial.

                                                                                     _____
                                                                                    U.S.D.J.

Dated:  New York, NY
             August 13, 2021

95182019v.1