UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                       :

ELVIS SANCHEZ,                                :

                      Plaintiff,           :          18 Civ. 1259 (JPC)

                -v-                              :          <u>ORDER</u>

CITY OF NEW YORK, et al.,                 :

                   Defendants.       :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The parties should be ready for trial to begin in this case on October 18, 2021. Counsel for all parties are hereby directed to appear before the undersigned for a status conference on August 31, 2021 at 11:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

        SO ORDERED.

Dated: August 27, 2021
       New York, New York

                                                                               JOHN P. CRONAN
                                                                     United States District Judge