UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELVIS SANCHEZ,

                      Plaintiff,                      18 Civ. 1259 (JPC) (SN)

          -v-                                    ORDER

CITY OF NEW YORK et al.,

                      Defendants.
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Clerk of Court is respectfully directed to amend the case caption to read as follows:

*Elvis Sanchez v. Captain White, Captain Monroe, Intake Security, and Corrections Officer Daif.*

       SO ORDERED.

Dated: September 8, 2021
       New York, New York

                                                _____
                                                  JOHN P. CRONAN
                                           United States District Judge