UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ELVIS SANCHEZ, :
:
                Plaintiff, :
: 18 Civ. 1259 (JPC)
    -v- :
: ORDER
:
CITY OF NEW YORK *et al.*, :
:
                Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Counsel for all parties are ordered to appear before the undersigned for a brief status conference on Thursday, September 30, 2021 at 10:00 a.m. The Court will conduct the conference by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

    SO ORDERED.

Dated: September 29, 2021
       New York, New York

                                            JOHN P. CRONAN
                                        United States District Judge