

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JOSHUA J. LAX**
*Senior Counsel*
jlax@law.nyc.gov
(212) 356-3538 (tel.)
(212) 356-3539 (fax)

October 15, 2021

**BY ECF**
Honorable John P. Cronin
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Elvis Sanchez v. City of New York, et al.</u>, 18 CV. 1259 (JPC) (SN)

Your Honor:

    I am a Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing defendants Captain White, Captain Monroe, and Correction Officer Daif, in the above-referenced matter. I write to correct an error in my earlier submission this day. I stated Captain White is now an Assistant Deputy Warden, when in fact her current rank is Deputy Warden. I apologize for the error.

    Defendants thank the Court for its consideration of this submission.

Respectfully submitted,

/s/

Joshua J. Lax
Senior Counsel
Special Federal Litigation Division

cc:   All counsel  **(By ECF)**