UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                             :

ELVIS SANCHEZ,                                                :

                          Plaintiff,                                   :
                                                                             :           18 Civ. 1259 (JPC)
               -v-                                                      :
                                                                             :            <u>ORDER</u>
                                                                             :

CITY OF NEW YORK *et al.*,                             :

                       Defendants.                       :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court respectfully directs the Clerk of Court to terminate defendant Intake Security.

      SO ORDERED.

Dated: October 18, 2021
       New York, New York
                                                               JOHN P. CRONAN
                                                 United States District Judge