UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ELVIS SANCHEZ, :
:
                Plaintiff, :
: 18 Civ. 1259 (JPC) (SN)
       -v- :
: ORDER
CAPTAIN WHITE *et al.*, :
:
                Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    To: SING SING CORRECTIONAL FACILITY, OSSINING, NEW YORK

    WHEREAS, Elvis Sanchez is an incarcerated individual at the Sing Sing Correctional Facility, Ossining, New York under Register Number 18A3600;

    WHEREAS, trial in this matter commenced on October 18, 2021 and is expected to continue for approximately four days; and

    WHERFORE, Mr. Sanchez requires one set of court clothes for trial, to be furnished by his attorney.

    IT IS THEREFORE ORDERED that Mr. Sanchez be permitted to receive up to one set of suitable trial clothes at Sing Sing Correctional Facility during the week of October 18, 2021 and to maintain such clothes during the full pendency of the trial.

    SO ORDERED.

Dated: October 18, 2021
       New York, New York

                                                    JOHN P. CRONAN
                                             United States District Judge