UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ELVIS SANCHEZ, :
:
                Plaintiff, : 18 Civ. 1259 (JPC) (SN)
:
    -v- : ORDER
:
CAPTAIN WHITE et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The order to produce has been satisfied.

    SO ORDERED.

Dated: October 21, 2021
       New York, New York

                                          JOHN P. CRONAN
                              United States District Judge