UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ELVIS SANCHEZ, :
:
                          Plaintiff, :
: 18 Civ. 1259 (JPC)
           -v- :
: ORDER
:
CAPTAIN WHITE, CAPTAIN MONROE, and :
CORRECTION OFFICER DAIF, :
:
                       Defendants. :
X
---------------------------------------------------------------------

JOHN P. CRONAN, United States District Judge:

      After a four-day trial, a jury returned a defense verdict. The Clerk of Court is respectfully directed to attach the following documents to this order:

      Voir Dire Questionnaire

      Jury Charge

      Verdict Form

      SO ORDERED.

Dated: October 21, 2021
       New York, New York
                                                         JOHN P. CRONAN
                                                         United States District Judge