UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELVIS SANCHEZ,

                Plaintiff,                          18 **CIVIL** 1259 (JPC)

      -against-                                **JUDGMENT**

CAPTAIN WHITE, CAPTAIN MONROE, and
CORRECTION OFFICER DAIF,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable John P. Cronan, United States District Judge, the jury having returned a verdict in favor of Defendants, Captain White, Captain Monroe and Correction Officer Daif, and the Complaint is hereby dismissed.

DATED:  New York, New York
             October   21   , 2021

                                                                 **RUBY J. KRAJICK**

So Ordered:                                                 Clerk of Court

                                                   BY:
      _____                         _____
         **U.S.D.J.**                                             **Deputy Clerk**