UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELVIS SANCHEZ,

                Plaintiff,

          -v-                                              18 Civ. 1259 (JPC) (SN)

                                                               ORDER
CAPTAIN WHITE *et al.*,

                Defendants.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendants received a defense verdict in a jury trial before this Court on October 21, 2021. Dkts. 178-179. On November 22, 2021, Defendants moved for costs pursuant to Rule 54 of the Federal Rules of Civil Procedure and Rule 54.1 of the Local Rules. Dkts. 188-189. Rule 54(d) of the Federal Rules of Civil Procedure provides that "[t]he clerk may tax costs on 14 days' notice." Local Rule 54.1(b) instructs *pro se* plaintiffs to object to the Clerk in writing or electronic case filing "prior to the date and time scheduled for taxation," *i.e.*, prior to the conclusion of the fourteen days. Plaintiff should thus submit any objections to the Clerk by that date.

      Rule 54 further provides that if the Clerk awards costs, "[o]n motion served within the next 7 days, the court may review the clerk's action." Thus, if the Clerk decides to award costs, Plaintiff may object to this Court within seven days, and the Court will review the Clerk's determination.

      Defendants are ORDERED to locate the *pro se* Plaintiff and to serve their papers of November 22, 2021, along with a copy of this Order, on him by December 3, 2021. An affidavit of service shall be filed on the docket within two business days of service. In the event that the Clerk decides to award costs against the Plaintiff, Defendants shall serve that decision within two business days of its issuance, and an affidavit of service shall be filed on the docket within two days

of service. The fourteen- and seven-day time periods required by Rule 54 will not begin to run until service is successful.

Dated: November 29, 2021
      New York, New York

                                      JOHN P. CRONAN
                                  United States District Judge

2