UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ELVIS SANCHEZ,

        Plaintiff,                                  18 Civ. 01259 (JPC) (SN)

-versus-                                         NOTICE OF COMPLETION
                                                 OF REPRESENTION

CAPTAIN WHITE, et al.,

        Defendants.

------------------------------------------------------------------x

        Please take notice that Ira G. Greenberg of Locke Lord, LLP and Glenn Greenberg of Mendes & Mount, LLP, who entered appearances in the above captioned matter upon the Opinion and Order Granting Pro Bono Counsel, in which the Court sought pro bono counsel solely for the purpose of trial in the above-captioned case, have completed said trial and their representation concluded when the trial concluded on October 21, 2021.

Dated: New York, NY
       October 25, 2021

Respectfully submitted,

_____
Glenn Greenberg
MENDES & MOUNT, LLP
750 Seventh Avenue, suite 2400
New York, NY 10019
(212) 261-8000
Glenn.greenberg@mendes.com

Ira G. Greenberg
LOCKE LORD LLP
200 Vesey Street, Suite 2001
New York, NY 10281
(212) 415-8600

SO ORDERED.

Date: November 7, 2023
New York, New York

_____
HON. JOHN P. CRONAN
United States District Court Judge

Dated: October __, 2021
      New York, NY

2